FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0424

_____

TOM VAN HAELE,

    Plaintiff and Appellant,

v.

JUDY KUHL, VALERIE CRAMER and
JENNIFER CRAMER,

    Defendants and Appellees.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all parties of record and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022